UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIN HANKS, et al., <br><br> Plaintiffs, <br> v. <br> BRIAD RESTAURANT GROUP, LLC, <br><br> Defendant. | Case No. 2:14-cv-00786-GMN-PAL <br><br> ORDER <br><br> (Emg Mot Lift Stay – Dkt. #59) |

Before the court is Plaintiffs' Emergency Motion to Lift Temporary Stay and Related Issues (Dkt. #59).

In a prior Order (Dkt. #58) the court approved the parties' Stipulation (Dkt. #54) that this matter be stayed pending settlement negotiations and deemed Plaintiffs' Motion to Compel (Dkt. #43) withdrawn without prejudice. The order indicated that in the event the parties were unable to resolve their case, the Plaintiffs could renew the motion by filing a request with the court. Plaintiffs no seek to lift the stay relaying that the parties were unable to settle their disputes. Plaintiffs also request that the court reset a deadline for Defendant to file its reply in support of their Motion to Compel arbitration (Dkt. #42) and direct the parties to meet and confer to produce a joint status report and an amended joint scheduling proposal.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Plaintiffs' Emergency Motion to Lift Temporary Stay and Related Issues (Dkt. #59) is **GRANTED** and the temporary stay is lifted.
2. The Defendant shall have until **February 25, 2015**, to file their reply to the Motion to Compel Arbitration (Dkt. #42).

3. The Motion to Compel Discovery Responses (Dkt. #43) is fully briefed and is set for hearing on **February 26, 2015, at 11:00 a.m., in Courtroom 3C**.

4. The parties shall have until February 25, 2015, to meet and confer and submit a joint status report requesting any adjustment to the discovery plan and scheduling order deadlines.

DATED this 11th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE