UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIN HANKS, et al.,<br><br>Plaintiffs,<br>v.<br>BRIAD RESTAURANT GROUP, LLC,<br><br>Defendant. | Case No. 2:14-cv-00786-GMN-PAL<br><br>ORDER<br><br>(Mot WD Counsel – Dkt. #79) |

This matter is before the court on attorneys Don Springmeyer, Bradley Schrager and Daniel Bravo of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP's ("Attorneys") Motion to Withdraw as Counsel of Record for Plaintiff Robert Baker (Dkt. #79) filed June 22, 2015. The motion represents that the client has failed to fulfill his obligation to the Attorneys regarding the Attorneys' services in spite of reasonable warning that the Attorneys would withdraw if the obligation was not fulfilled. As such, communications with the client regarding this lawsuit, and the obligations thereunder, have not continued in the manner necessary for the Attorneys to proceed on Mr. Baker's behalf. The Attorneys, therefore, seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Don Springmeyer, Bradley Schrager and Daniel Bravo of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP's Motion to Withdraw as Counsel of Record for Plaintiff Robert Baker (Dkt. #79) is **GRANTED**.

2. Plaintiff Robert Baker shall have until **July 29, 2015,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the

1 | Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Robert Baker
5412 Danville Lane
Las Vegas, NV  89119

DATED this 24th day of June, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE