# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MDC RESTAURANTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; LAGUNA RESTAURANTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND INKA, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,<br>Respondents,<br>and<br>PAULETTE DIAZ, AN INDIVIDUAL; LAWANDA GAIL WILBANKS, AN INDIVIDUAL; SHANNON OLSZYNSKI, AN INDIVIDUAL; AND CHARITY FITZLAFF, AN INDIVIDUAL, ON BEHALF OF THEMSELVES AND ALL SIMILARLY-SITUATED INDIVIDUALS,<br>Real Parties in Interest. | Supreme Court No. 68523<br>C/W 68754/68770/68845<br><br>14CV 786<br><br> |

COLLINS KWAYISI, AN INDIVIDUAL,
Appellant,
vs.
WENDY'S OF LAS VEGAS, INC., AN OHIO CORPORATION; AND CEDAR ENTERPRISES, INC., AN OHIO CORPORATION,
Respondents.

---

THE STATE OF NEVADA, OFFICE OF THE LABOR COMMISSIONER; AND SHANNON CHAMBERS, NEVADA LABOR COMMISSIONER IN HER OFFICIAL CAPACITY,
Appellants,
vs.
CODY C. HANCOCK, AN INDIVIDUAL,

Respondent.

---

ERIN HANKS,
Appellant,
vs.
BRIAD RESTAURANT GROUP, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY,
Respondent.

## **NOTICE IN LIEU OF REMITTITUR**

TO THE ABOVE-NAMED PARTIES:

The decision and Order of the court in this matter having been entered on October 27th, 2016, and the period for the filing of a petition for rehearing having expired and no petition having been filed, notice is hereby given that the Order and decision entered herein has, pursuant to the rules of this court, become effective.

DATE: November 21, 2016

Elizabeth A. Brown, Clerk of Court

By: Joan Hendricks
    Deputy Clerk

cc:   Hon. Timothy C. Williams, District Judge
      Hon. Gloria M. Navarro, United States District Court Chief Judge
      United States District Court
      Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
      Jackson Lewis P.C.
      Morris Polich & Purdy, LLP/Las Vegas
      Littler Mendelson/Las Vegas
      Sutton Hague Law Corporation, P.C.
      Fisher & Phillips LLP
      Steven D. Grierson, Eighth District Court Clerk
      Attorney General/Transportation Division/Las Vegas

**SUPREME COURT OF NEVADA**
OFFICE OF THE CLERK
201 S. Carson Street, Suite 201
Carson City, Nevada 89701

1494

Address Service Requested

UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA
333 LAS VEGAS BLVD. SO. RM. 1334
LAS VEGAS NV 89101

89101$7069 C075

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000860674  $000.46⁵
NOV 21 2016
MAILED FROM ZIP CODE 89701