# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERIN HANKS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:14-cv-00786-GMN-PAL |
| vs. | ) | |
| | ) | |
| BRIAD RESTAURANT GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TOBY EARL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:16-cv-02217-JAD-CWH |
| vs. | ) | |
| | ) | |
| BRIAD RESTAURANT GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## TRANSFER ORDER

On May 19, 2014, Case No. 2:14-cv-00786-GMN-PAL was filed in this Court asserting alleged violations of Nevada's Minimum Wage Amendment against Defendant Briad Restaurant Group, LLC. On July 27, 2015, the Court determined that certain Plaintiffs entered into a valid Arbitration Agreement with Defendant which encompassed Plaintiffs' claims under the Minimum Wage Amendment, dismissed these "Arbitration Plaintiffs," and ordered them to arbitrate their claims against Defendant in accordance with their respective versions of the Arbitration Agreement. Subsequently, the Arbitration Plaintiffs filed Case No. 2:16-cv-02217-JAD-CWH, seeking a declaratory judgment that certain clauses of the Arbitration Agreements prohibiting class arbitration are invalid.

Having reviewed these cases, the presiding District Judges in both of these actions have concluded that judicial economy will be served by transferring these cases to a single District Court Judge and Magistrate Judge. Accordingly, in exercise of the Court's inherent power to control the management of the docket and in order to foster judicial economy,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **REASSIGN** Case No.: 2:16-cv-02217-JAD-CWH to District Judge Gloria M. Navarro and Magistrate Peggy A. Leen for all further proceedings. All further documents filed in this case shall bear the case number 2:16-cv-02217-GMN-PAL.

**DATED** this 24th day of April, 2017.

_____
JENNIFER A DORSEY
United States District Judge

**DATED** this 24 day of April, 2017.

_____
GLORIA M. NAVARRO, Chief Judge
United States District Court