UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT BAKER,

    Plaintiff,

vs.

BRIAD RESTAURANT GROUP, LLC,

    Defendant.

Case No.: 2:14-cv-00786-GMN-PAL

## ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Robert Baker's claims in the above entitled action are **DISMISSED without prejudice** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to terminate Plaintiff Robert Baker from this action.

**DATED** this 23 day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court