| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar # 3192 |
| | ROGER L. GRANDGENETT II, ESQ., Bar # 6323 |
| 2 | MONTGOMERY Y. PAEK, ESQ., Bar # 10176 |
| | KATHRYN B. BLAKEY, ESQ., Bar # 12701 |
| 3 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway, Suite 300 |
| 4 | Las Vegas, NV 89169-5937 |
| | Telephone: 702.862.8800 |
| 5 | Fax No.: 702.862.8811 |
| | Email: rroskelley@littler.com |
| 6 | Email: rgrandgenett@littler.com |
| | Email: mpaek@littler.com |
| 7 | Email: kblakey@littler.com |

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN HANKS, an individual, on behalf of herself and all similarly-situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendant. | Case No. 2:14-cv-00786-GMN-PAL <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING SCHEDULED FOR MARCH 30, 2018 PER MINUTE ORDER [ECF NO. 166]** <br><br> **(FIRST REQUEST)** |

Plaintiffs Erin Hanks, et al. ("Plaintiffs") and Defendant Briad Restaurant Group, LLC., ("Defendant"), by and through their attorneys of record, stipulate to continue the hearing scheduled for March 30, 2018 per Minute Order **[ECF No. 166]**, for two (2) weeks to April 13, 2018, or on a later date that is more convenient for the Court. The parties have entered into a full and final settlement agreement that has been executed by both parties. The settlement is being processed but will not be paid prior to the scheduled hearing. Accordingly, a stipulation for dismissal will not be entered prior to the scheduled hearing.

///

This is the first request to continue the hearing scheduled for March 30, 2018 per Minute Order **[ECF No. 166]** and is made in good faith by stipulation of the parties. This extension is needed to allow more time for the settlement amount to be paid and for the parties to stipulate to dismissal. Accordingly, the requested two-week extension is necessary.

Dated: March 29, 2018

| | |
|---|---|
| */s/ Don Springmeyer* | */s/ Kathryn Blakey* |
| DON SPRINGMEYER, ESQ. | RICK D. ROSKELLEY, ESQ. |
| BRADLEY SCHRAGER, ESQ. | ROGER GRANDGENETT, ESQ. |
| DANIEL BRAVO, ESQ. | MONTGOMERY Y. PAEK, ESQ. |
| WOLF, RIFKIN, SHAPIRO, | KATHRYN B. BLAKEY, ESQ. |
| SCHULMAN & RABKIN, LLC | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED:**

Dated: this 29 day of March, 2018

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**IT IS FURTHER ORDERED** that the status hearing is continued to Friday, April 27, 2018, at 8:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

Firmwide:153734994.1 058582.1012

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.