1  DON SPRINGMEYER, ESQ. (SBN 1021)
   BRADLEY SCHRAGER, ESQ. (SBN 10217)
2  DANIEL BRAVO, ESQ. (SBN 13078)
   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3  3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89120-2234
4  Telephone: (702) 341-5200/Fax: (702) 341-5300
   Email: dspringmeyer@wrslawyers.com
5  Email: bschrager@wrslawyers.com
   Email: dbravo@wrslawyers.com
6
   *Attorneys for Erin Hanks and Jeffrey Anderson*
7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10
   | ERIN HANKS, *et al.*, on behalf of | Case No: 2:14-cv-00786-GMN-PAL |
11 | themselves and all similarly-situated | |
   | individuals, | |
12 | | **STIPULATION AND PROPOSED** |
   | Plaintiffs, | **ORDER TO DISMISS PLAINTIFF ERIN** |
13 | | **HANKS' CLAIMS WITH PREJUDICE** |
   | vs. | |
14 | | |
   | BRIAD RESTAURANT GROUP, LLC.; and | |
15 | DOES 1 through 100, inclusive, | |
16 | Defendant. | |

17

18        Plaintiff Erin Hanks and Defendant Briad Restaurant Group LLC, by and through their

19 respective counsel of record, hereby stipulate and respectfully request an order dismissing Plaintiff

20 Erin Hanks' claims with prejudice.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1    Each party shall bear its own costs and fees for the claims dismissed by this stipulation and

2    order.

3

4    Dated: ~~March~~ Apr 2nd 2018              Dated: March April 2 2018

5    Respectfully submitted,                    Respectfully submitted,

6

7    _____               _____

8    DON SPRINGMEYER, ESQ.                     RICK D. ROSKELLEY, ESQ.
     BRADLEY SCHRAGER, ESQ.                    ROGER L. GRANDGENETT II, ESQ.
     DANIEL BRAVO, ESQ.                        MONTGOMERY Y. PAEK, ESQ.

9    WOLF, RIFKIN, SHAPIRO,                     KATHRYN B. BLAKEY, ESQ.
     SCHULMAN & RABKIN, LLP                     LITTLER MENDELSON, P.C.

10

11   Attorneys for Plaintiffs                   Attorneys for Defendant
     ERIN HANKS AND JEFFREY ANDERSON           BRIAD RESTAURANT GROUP, LLC

12

13

14                              **<u>ORDER</u>**

15        IT IS SO ORDERED.

16

17        DATED this ____ day of _____, _____.

18

19                        By: _____

20                             UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28