1  DON SPRINGMEYER, ESQ. (SBN 1021)
   BRADLEY SCHRAGER, ESQ. (SBN 10217)
2  DANIEL BRAVO, ESQ. (SBN 13078)
   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3  3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89120-2234
4  Telephone: (702) 341-5200/Fax: (702) 341-5300
   Email: dspringmeyer@wrslawyers.com
5  Email: bschrager@wrslawyers.com
   Email: dbravo@wrslawyers.com
6
   *Attorneys for Erin Hanks and Jeffrey Anderson*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
    ERIN HANKS, *et al.*, on behalf of          Case No: 2:14-cv-00786-GMN-PAL
11  themselves and all similarly-situated
    individuals,
12                                               **STIPULATION AND PROPOSED**
                    Plaintiffs,                  **ORDER TO DISMISS PLAINTIFF ERIN**
13                                               **HANKS' CLAIMS WITH PREJUDICE**
           vs.
14
    BRIAD RESTAURANT GROUP, LLC.; and
15  DOES 1 through 100, inclusive,

16                  Defendant.

17

18        Plaintiff Erin Hanks and Defendant Briad Restaurant Group LLC, by and through their

19  respective counsel of record, hereby stipulate and respectfully request an order dismissing Plaintiff

20  Erin Hanks' claims with prejudice.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

Each party shall bear its own costs and fees for the claims dismissed by this stipulation and order.

Dated: ~~March~~ Apr 2nd 2018

Respectfully submitted,

_____
DON SPRINGMEYER, ESQ.
BRADLEY SCHRAGER, ESQ.
DANIEL BRAVO, ESQ.
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

Attorneys for Plaintiffs
ERIN HANKS AND JEFFREY ANDERSON

Dated: March April 2 2018

Respectfully submitted,

_____
RICK D. ROSKELLEY, ESQ.
ROGER L. GRANDGENETT II, ESQ.
MONTGOMERY Y. PAEK, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC


**ORDER**

IT IS SO ORDERED.


DATED this 5 day of April , 2018 .


By: _____
UNITED STATES DISTRICT JUDGE