1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   ROGER L. GRANDGENETT II, ESQ., Bar # 6323
2  MONTGOMERY Y. PAEK, ESQ., Bar # 10176
   NEIL C. BAKER, ESQ., Bar # 12701
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811
   Email:        rroskelley@littler.com
6  Email:        rgrandgenett@littler.com
   Email:        mpaek@littler.com
7  Email:        nbaker@littler.com

8  Attorneys for Defendant
   BRIAD RESTAURANT GROUP, LLC

10                     UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

13  ERIN HANKS, an individual, on behalf of
    herself and all similarly-situated
14  individuals,                              Case No. 2:14-cv-00786-GMN-PAL

15              Plaintiff,                    **STIPULATION AND PROPOSED ORDER
                                              TO EXTEND TIME TO RESPOND TO
16  vs.                                       PLAINTIFFS' RENEWED MOTION FOR
                                              CLASS CERTIFICATION**
17  BRIAD RESTAURANT GROUP, LLC., a
    New Jersey limited liability company; and **(FIRST REQUEST)**
18  DOES 1 through 100, inclusive,

19              Defendant.

     In accordance with Local Rule 7-1, the parties hereby stipulate to extend the time stated in LR 7-2(b) for responding to Plaintiffs' Renewed Motion for Class Certification (the "Motion," ECF No. 179) by two weeks. Given the parties' heavy workloads and the unique complexity of the Motion's subject matter, the parties stipulate to these extensions to provide Defendant with a full and fair opportunity to respond.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendant's current deadline for filing and serving their points and authorities in response to Plaintiffs' Renewed Motion for Class Certification is October 5, 2018. The parties hereby request that Defendants be granted an additional two weeks to file and serve their response, up to and including October 19, 2018. This is Defendants' first request to extend the deadline to file motions in this case.

Dated: September 24, 2018            Dated: September 24, 2018

/s/ *Daniel Bravo*                          /s/ *Neil C. Baker*
DON SPRINGMEYER, ESQ.            RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.         ROGER GRANDGENETT, ESQ.
DANIEL BRAVO, ESQ.                    MONTGOMERY Y. PAEK, ESQ.
WOLF, RIFKIN, SHAPIRO,              NEIL C. BAKER, ESQ.
SCHULMAN & RABKIN, LLC          LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs                    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this __27__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800