RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
NEIL C. BAKER, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: rgrandgenett@littler.com
Email: mpaek@littler.com
Email: nbaker@littler.com

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN HANKS, an individual, on behalf of herself and all similarly-situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00786-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' SECOND RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

In accordance with Local Rule 7-1, the parties hereby stipulate to extend the time stated in LR 7-2(b) for responding to Defendants' Second Renewed Motion for Summary Judgment (the "Motion," ECF No. 181) by two weeks. Given the parties' heavy workloads and the unique complexity of the Motion's subject matter, the parties stipulate to these extensions to provide the others with a full and fair opportunity to respond.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Plaintiffs' current deadline for filing and serving their points and authorities in response to Defendants' Second Renewed Motion for Summary Judgment is October 12, 2018. The parties hereby request that Plaintiffs be granted an additional two weeks to file and serve their response, up to and including October 26, 2018. This is Plaintiffs' first request to extend the deadline to file motions in this case.

Dated: September 24, 2018　　　　　　　　　Dated: September 24, 2018

/s/ *Daniel Bravo*　　　　　　　　　　　　　/s/ *Neil C. Baker*
DON SPRINGMEYER, ESQ.　　　　　　　　RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.　　　　　　　ROGER GRANDGENETT, ESQ.
DANIEL BRAVO, ESQ.　　　　　　　　　　MONTGOMERY Y. PAEK, ESQ.
WOLF, RIFKIN, SHAPIRO,　　　　　　　　NEIL C. BAKER, ESQ.
SCHULMAN & RABKIN, LLC　　　　　　LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs　　　　　　　　　　Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

DATED this __27__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT