RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
NEIL C. BAKER, ESQ., Bar # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: rgrandgenett@littler.com
Email: mpaek@littler.com
Email: nbaker@littler.com

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY ANDERSEN, an individual, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00786-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF SECOND RENEWED MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF JEFFREY ANDERSEN**<br><br>**(FIRST REQUEST)** |

In accordance with Local Rule 7-1, the parties hereby stipulate to extend the time stated in Local Rule 7-2(b) that Defendants' have to file their reply in support of Defendant's Second Renewed Motion for Summary Judgment as to Plaintiff Jeffrey Andersen (the "Motion," ECF No. 181). Given the parties' heavy workloads and the unique complexity of the Motion's subject matter, the parties stipulate to this extension to provide Defendant with a full and fair opportunity to respond to Plaintiff's Response to Defendant's Second Renewed Motion for Summary Judgment (ECF No. 188).

Defendant's current deadline for filing and serving their Reply in Support of Defendant's Second Renewed Motion for Summary Judgment (the "Reply") is November 8, 2018. The parties herby request that Defendants be granted an additional five days to file and serve their Reply, up to and including November 13, 2018. This is Defendant's first request to extend the deadline for filing their Reply.

Dated: November 1, 2018               Dated: November 1, 2018

/s/ *Bradley Schrager*                /s/ *Neil C. Baker*
DON SPRINGMEYER, ESQ.                 RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.                ROGER GRANDGENETT, ESQ.
DANIEL BRAVO, ESQ.                    MONTGOMERY Y. PAEK, ESQ.
WOLF, RIFKIN, SHAPIRO,                NEIL C. BAKER, ESQ.
SCHULMAN & RABKIN, LLC                LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs              Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

DATED this __2__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

FIRMWIDE:159563611.1 058582.1012

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.