RICK D. ROSKELLEY, ESQ., Bar # 3192
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
NEIL C. BAKER, ESQ., Bar # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com
Email: mpaek@littler.com
Email: nbaker@littler.com

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY ANDERSEN, an individual, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00786-GMN-BNW<br><br>**STIPULATION AND ORDER TO STAY ALL PHASE II PROCEEDINGS**<br><br>**(First Request)** |

Plaintiff JEFFREY ANDERSEN ("Plaintiff") and Defendant BRIAD RESTAURANT GROUP, LLC ("Defendant") (referred to collectively as the "Parties"), by and through their respective counsel of record, hereby stipulate to and request an order granting a temporary 90-day stay of all proceedings in the this matter to avoid unnecessary litigation costs while the Parties execute mediation with Hunter Hughes, Esq., an experienced mediator of wage and hour class actions located in Atlanta, Georgia, with whom counsel for the Parties have recently settled a similar matter.

The Court is aware of the lengthy procedural history of this action. It is worth noting that only with the Parties now having digested the appropriate standard for resolving cases under the

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Nevada Minimum Wage Amendment and in the wake of this Court's class certification order and subsequent motion practice surrounding composition of the Certified Class, has an accurate alleged damages accounting based on the proper information upon which to base an earnest settlement effort been feasible. Having now exchanged extensive and focused class discovery and performed their own respective analyses of the class time and pay data, the Parties have come to a mutual, good faith belief that they can resolve this matter with only minimal additional expense through mediation with Mr. Hughes. Counsel for the Parties recently used Mr. Hughes's services to settle a putative class action involving claims similar to those at issue here and believe that his familiarity with the particular issues in this case, along with his extensive experience and expertise in wage and hour class actions in general, will be invaluable for resolving this matter. The Parties ask to stay the instant proceedings to schedule a mediation date with Mr. Hughes, whose availability is limited by high demand for his services.

The Joint Discovery Plan and Scheduling Order for Phase II Discovery provides a deadline to disclose rebuttal experts of March 9, 2020, a discovery cutoff deadline of April 7, 2020, and a dispositive motion deadline of May 7, 2020. The Parties were in the midst of conducting discovery when they completed their analysis of the class pay and time data and began discussing the promising prospect of mediating the case with the assistance of Mr. Hughes. As the additional costs associated with continuing discovery efforts would prove unnecessary if the Parties were to resolve this matter at mediation, the Parties request a stay in this matter to avoid putting those costs to waste. In the absence of a stay, the Parties anticipate incurring costs related to the completion of written fact discovery and the completion of expert discovery, including deposing expert witnesses and rebuttal expert witnesses.

The Parties therefore request the following:

- That the Court enter a temporary 90-day stay of this matter beginning February 21, 2020, and going through May 21, 2020;
- That the Court stay the Parties' discovery cutoff deadline and order that the time remaining on the deadline as of February 21, 2020, immediately recommence upon the lifting of the stay, setting the new deadline at July 6, 2020;

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

- That the Court stay the Parties' deadline for disclosing rebuttal expert witnesses and order that the time remaining on the deadline as of February 21, 2020, immediately recommence upon the lifting of the stay, setting the new deadline at June 4, 2020;
- That the Court stay the Parties' deadline for filing dispositive motions and order that the time remaining on the deadline as of February 21, 2020, immediately recommence upon the lifting of the stay, setting the new deadline at August 5, 2020;
- That the Court stay the Parties' deadline for filing the Pre-Trial Order and order that the time remaining on the deadline as of February 21, 2020, immediately recommence upon the lifting of the stay, setting the new deadline at September 7, 2020 (unless a timely dispositive motion is filed, in which case the deadline for filing the Pre-Trial Order will be suspended until 30 days after entry of a decision on the last such motion, or until the date ordered by the Court).

Dated: February 21, 2020                     Dated: February 21, 2020

/s/ *Daniel Bravo*
DON SPRINGMEYER, ESQ.
BRADLEY SCHRAGER, ESQ.
DANIEL BRAVO, ESQ.
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLC

Attorneys for Plaintiff and the Certified Class

/s/ *Neil C. Baker*
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
NEIL C. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**IT IS SO ORDERED**

**DATED: February 26, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4826-7434-5397.1 058582.1012

3.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800