| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar # 3192 |
| 2 | MONTGOMERY Y. PAEK, ESQ., Bar # 10176 |
| | NEIL C. BAKER, ESQ., Bar # 14476 |
| 3 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway, Suite 300 |
| 4 | Las Vegas, NV  89169-5937 |
| | Telephone:     702.862.8800 |
| 5 | Fax No.:         702.862.8811 |
| | Email:            rroskelley@littler.com |
| 6 | Email:            mpaek@littler.com |
| | Email:            nbaker@littler.com |

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY ANDERSEN, an individual, on behalf of himself and all similarly situated individuals, | Case No. 2:14-cv-00786-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive, | **(First Request)** |
| Defendant. | |

Defendant BRIAD RESTAURANT GROUP, LLC ("Defendant"), and Plaintiff JEFFREY ANDERSEN ("Plaintiff") (referred to collectively as the "Parties"), by and through their respective counsel of record, hereby stipulate to and request an order extending briefing on Plaintiff's Motion for Summary Judgment (the "Motion"), which Plaintiff filed on September 4, 2020 (ECF No. 214). This is the Parties' first request to extend briefing on Plaintiff's Motion.  In the absence of an extension, the Parties agree that their heavy caseloads would prevent them from preparing a full and thorough opposition and reply to assist the Court in its decision on the Motion.  Good cause therefore supports the Parties' request.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

4844-3120-9162.1 058582.1012

Accordingly, the Parties request the following:

- That the Court extend Defendant's deadline for filing an opposition to the Motion by 14 days, thus extending the deadline from September 25, 2020, to October 9, 2020;

- That the Court extend Plaintiff's deadline for filing a reply in support of the Motion by 7 days, thus extending the deadline from 14 days after service of Defendant's opposition to the Motion to 21 days after service of that opposition.

The Parties observe that, under the Court's Order of June 23, 2020 (ECF No. 213), the deadline for filing the Pre-Trial Order is "suspended until 30 days after entry of a decision" on the Motion.

Dated: September 9, 2020                    Dated: September 9, 2020

*/s/ Daniel Bravo*                          */s/ Neil C. Baker*
DON SPRINGMEYER, ESQ.                       RICK D. ROSKELLEY, ESQ.
BRADLEY SCHRAGER, ESQ.                      MONTGOMERY Y. PAEK, ESQ.
DANIEL BRAVO, ESQ.                          NEIL C. BAKER, ESQ.
WOLF, RIFKIN, SHAPIRO,                      LITTLER MENDELSON, P.C.
SCHULMAN & RABKIN, LLC
                                            Attorneys for Defendant
Attorneys for Plaintiff and the Certified
Class

**ORDER**

**ITS IS SO ORDERED:**

Dated this   8   day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4844-3120-9162.1 058582.1012