1  DON SPRINGMEYER, ESQ. (SBN 1021)
   BRADLEY SCHRAGER, ESQ. (SBN 10217)
2  DANIEL BRAVO, ESQ. (SBN 13078)
   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3  3556 E. Russell Road, 2nd Floor
   Las Vegas, Nevada 89120-2234
4  Tel.: (702) 341-5200 / Fax: (702) 341-5300
   Email: dspringmeyer@wrslawyers.com
5  Email: bschrager@wrslawyers.com
   Email: dbravo@wrslawyers.com
6
   *Attorneys for Plaintiff Jeffrey Andersen and the Class*
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10
   JEFFREY ANDERSEN, an individual, on          Case No: 2:14-cv-00786-GMN-BNW
11 behalf of himself and all similarly-situated
   individuals,
12                                                **STIPULATION AND ORDER TO**
                    Plaintiff,                    **EXTEND TIME FOR PLAINTIFF TO**
13                                                **FILE REPLY IN SUPPORT OF**
           vs.                                    **PLAINTIFF'S MOTION FOR**
14                                                **SUMMARY JUDGMENT**
   BRIAD RESTAURANT GROUP, LLC; and
15 DOES 1 through 100, Inclusive,
                                                  (Second Request)
16                  Defendant.

17

18         Pursuant to LR 7-1, the Parties hereby jointly stipulate to extend the time in which

19 Plaintiff may reply in support of Plaintiff's Motion for Summary Judgment. The current deadline

20 for a reply is Friday, October 30, 2020 (*see* ECF No. 216 at 2), and Plaintiff has requested a

21 further two weeks for time to file up to and including November 13, 2020. The Parties file this

22 Stipulation in order to provide Plaintiff a full and fair opportunity to respond to Defendant's

23 Opposition to Plaintiff's Motion for Summary Judgment.

24 / / /

25 / / /

26 / / /

27 / / /

28

1       This is Plaintiff's second request for an extension of time to file his reply.

2   RESPECTFULLY SUBMITTED,

3   Dated this 23rd day of October, 2020        Dated this 23rd day of October, 2020

4   **WOLF, RIFKIN, SHAPIRO,**           **LITTLER MENDELSON, P.C.**
5   **SCHULMAN & RABKIN, LLP**

6   By:  */s/ Bradley S. Schrager*       By:  */s/ Rick D. Roskelley*
          DON SPRINGMEYER, ESQ.             RICK D. ROSKELLEY, ESQ.
7       Nevada State Bar No. 1021               Nevada Bar No. 3192
          BRADLEY SCHRAGER, ESQ.           MONTGOMERY Y. PAEK, ESQ.
8       Nevada State Bar No. 10217             Nevada Bar No. 10176
          DANIEL BRAVO, ESQ.                 NEIL C. BAKER, ESQ.
9       Nevada State Bar No. 13078             Nevada Bar No. 14476
10      3556 E. Russell Road, 2nd Floor        3960 Howard Hughes Pkwy., Suite 300
          Las Vegas, Nevada 89120-2234       Las Vegas, NV 89169-5937
11

12      *Attorneys for Plaintiff*               *Counsel for Defendant*
          *Jeffrey Andersen and the Class*

13

14

15                               **Order**

16

17          IT IS SO ORDERED.

18       Dated this  26  day of October, 2020.

19

20

21       _____
          Gloria M. Navarro, District Judge
22       UNITED STATES DISTRICT COURT

23

24

25

26

27

28

1

## **<u>CERTIFICATE OF SERVICE</u>**

2

 I hereby certify that on this 23rd day of October, 2020, a true and correct copy of

3

**STIPULATION AND ORDER** was served via the United States District Court CM/ECF

4

system on all parties or persons requiring notice.

5

6

By:   */s/ Dannielle Fresquez*

Dannielle Fresquez, an Employee of

7

WOLF, RIFKIN, SHAPIRO, SCHULMAN &

RABKIN, LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28